658 A.2d 1339

**COMMONWEALTH of Pennsylvania ex rel. Michelle BRENDEL, Appellee,**

v.

**John A. BRENDEL, Appellant.**

Supreme Court of Pennsylvania.

Argued April 26, 1995.

Decided May 19, 1995.

Joseph Micheal Lamonaca, Chadds Ford, for M. Brendel.

Michael Angelelli, Mill Hall, for J. Brendel.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

### *ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation.